

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Shawn Brummett**, Plaintiff

v.

**Dallas Housing Authority**, Defendant

Civil Action No. _____    **3-26CV0058-E**
JURY TRIAL DEMANDED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Plaintiff brings this action under 42 U.S.C. § 1983 and the Fair Housing Act for denial of due process, retaliation, and unconstitutional housing practices.

This Court has jurisdiction under 28 U.S.C. § 1331. Venue is proper in this District.

Plaintiff experienced unsafe housing conditions including sewage backup, resulting in physical injury and emergency medical treatment.

Plaintiff engaged in protected activity and was subjected to retaliation including eviction notices.

Audio recordings document admissions of wrongdoing and procedural misconduct.

Plaintiff seeks compensatory and punitive damages and injunctive relief.

Respectfully submitted,

*Shawn Brummett*
Shawn Brummett
Plaintiff, Pro Se

**Uphold** - The appellate court agrees with the lower court decision and allows it to stand. *See* Affirmed.

**U.S. Attorney** - A lawyer appointed by the President in each judicial district to prosecute and defend cases for the federal government. The U.S. Attorney employs a staff of Assistant U.S. Attorneys who appear as the government's attorneys in individual cases.

**V**-----------------------------------------------------------------------------------------

**Venue** - The geographical location in which a case is tried.

**Verdict** - The decision of a trial jury or a judge that determines the guilt or innocence of a criminal defendant, or that determines the final outcome of a civil case.

**Voir dire** - The process by which judges and lawyers select a trial jury from among those eligible to serve, by questioning them to make certain that they would fairly decide the case. "Voir dire" is a phrase meaning "to speak the truth."

**W**-----------------------------------------------------------------------------------------

**Witness** - A person called upon by either side in a lawsuit to give testimony before the court or jury.

**Writ** - A formal written command or order, issued by the court, requiring the performance of a specific act.

**Writ of certiorari** - An order issued by the U.S. Supreme Court directing the lower court to transmit records for a case which it will hear on appeal.

(Return to Table of Contents)

# EXHIBIT INDEX

Exhibit A – Audio Transcript (Grievance Hearing)

Exhibit B – Eviction and 30-Day Notices

Exhibit C – City of Dallas Determination Letter

Exhibit D – Medical Records and ER Bills

Exhibit E – Correspondence with Dallas Housing Authority

**Statute of limitations** - A law that sets the deadline by which parties must file suit to enforce their rights. For example, if a state has a five year statute of limitations for breaches of contract, and John breached a contract with Susan on January 1, 1995, Susan must file her lawsuit by January 1, 2000. If the deadline passes, the "statute of limitations has run" and the party may be prohibited from bringing a lawsuit; i.e. the claim is "time-barred." Sometimes a party's attempt to assert his or her rights will "toll" the statute of limitations, giving the party additional time to file suit.

**Subpoena -** A command, issued under authority of a court or other authorized government entity, to a witness to appear and give testimony.

**Subpoena duces tecum** - A command to a witness to appear and produce documents.

**Summary judgment** - A decision made on the basis of statements and evidence presented for the record without a trial. It is used when it is not necessary to resolve any factual disputes in the case as to all or some of the claims.

**T**------------------------------------------------------------------------------------------------

**Temporary restraining order** - Prohibits a person from taking an action that is likely to cause irreparable harm. This differs from an injunction in that it may be granted immediately, without notice to the opposing party, and without a hearing. It is intended to last only until a hearing can be held. Sometimes referred to as a "T.R.O."

**Testimony** - Evidence presented orally by witnesses during trials or before grand juries.

**Toll** - *See* Statute of Limitations.

**Tort** - A civil wrong or breach of a duty to another person. The "victim" of a tort may be entitled to sue for the harm suffered. Victims of crimes may also sue in tort for the wrongs done to them. Most tort cases are handled in state court, except when the tort occurs on federal property (e.g., a military base), when the government is the defendant, or when there is diversity of citizenship between the parties.

**Transcript** - A written, word-for-word record of what was said, either in a proceeding such as a trial, or during some other formal conversation, such as a hearing or oral deposition.

**Trustee** - In a bankruptcy case, a person appointed to represent the interests of the bankruptcy estate and the unsecured creditors. The trustee's responsibilities may include liquidating the property of the estate, making distributions to creditors, and bringing actions against creditors or the debtor to recover property of the bankruptcy estate.

**U**------------------------------------------------------------------------------------------------

CIVIL COVER SHEET (JS-44)

RECEIVED
JAN - 9 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**I. Parties**
Plaintiff: Shawn Brummett
Defendant: Dallas Housing Authority

**II. Basis of Jurisdiction**
Federal Question (28 U.S.C. § 1331)

**III. Citizenship of Parties**
Plaintiff: Texas
Defendant: Texas

3-26CV0058-E

**IV. Nature of Suit**
440 Civil Rights – Other

**V. Origin**
Original Proceeding

**VI. Cause of Action**
42 U.S.C. § 1983 – Due Process, Retaliation; Fair Housing Act

**VII. Requested Relief**
Damages, Injunctive Relief

Signature: Shawn Brummett (Pro Se)
*Shawn Brummett*

**Subject: Appeal of City of Dallas Fair Housing Determination (Case # [City's Case Number, if available])**

Dear [Mr./Ms./Mx. Last Name or Department Name]:

I am a disabled veteran and am writing to appeal/file a new complaint regarding housing discrimination and the findings of the City of Dallas Fair Housing Office (Case # [City's Case Number]), which I believe were based on an incomplete review of the facts and demonstrated a bias in favor of the Dallas Housing Authority (DHA).

The city's determination that DHA committed "no wrongdoing" overlooks the critical timeline and sequence of events that forced me to live in uninhabitable conditions due to my disability.

**Timeline and Factual Discrepancies:**

- **Date of Incident:** A severe sewage flood and subsequent mold growth occurred in my unit on or about [Date of sewage flood].

- **Initial Request & Inaction:** I immediately requested a reasonable accommodation (alternative housing) due to the health risks associated with my disability on [Date of first request]. DHA personnel refused or ignored this request at that time.

- **Forced Unsafe Occupancy:** I was forced to reside in an apartment with active sewage contamination and significant mold growth for approximately two months (from [Start Date] to [End Date]).

- **Delayed Accommodation Offer:** DHA offered an alternative accommodation only on [Date of offer], which was **two months** after the initial incident and my request. This delay resulted in prolonged exposure to hazardous conditions.

- **City Investigation Error:** The City's investigation determination fails to address this critical two-month delay. The finding that alternative accommodation was provided "not long after" the incident is factually incorrect and misrepresents the period I spent in danger. The city's report only focused on the final outcome and ignored the preceding inaction.

The failure to provide a timely reasonable accommodation constitutes a

+