IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Shawn E Brummett, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:26-cv-00058-E-BN |
| Dallas Housing Authority, | § § § | |
| *Defendants*. | § § § § § § | |

**<u>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 20, 2026—(ECF No. 7). The plaintiff did not file objections. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and the Plaintiff Shawn Brummett's emergency motion for a TRO and preliminary injunction (ECF No. 5) is **DENIED.** Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction dated January 22, 2026 (ECF No. 9) is **DENIED AS MOOT.**

(*Signature Page Follows*)

**SO ORDERED.**

3rd day of February, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE